RECEIVED
DEC 29 2005
Property of U.S. District Court
District of Rhode Island

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

DAVID P. BARBOZA )
CHRISTINE M. LOMBARD )
Plaintiffs, )
) C.A. 05-271S
v. )
)
NEW CENTURY MORTGAGE CORPORATION )
HOMECOMINGS FINANCIAL NETWORK, INC )
Defendants. )
______________________________________ )

**DISMISSAL STIPULATION**

Pursuant to Federal Rules of Civil Procedure 41 (a), the Plaintiffs hereby dismiss their complaint against the Defendant, New Century Mortgage Corporation with prejudice.

Respectfully submitted,

Christopher M. Lefebvre #4019
Claude Lefebvre, Christopher Lefebvre P.C.
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (FAX)

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 12/30/05

**CERTIFICATION**

I, the undersigned, hereby certify that a copy of the above was mailed on the 14th day of December 2005 to:

Chuck Houston, Esq.
New Century Mortgage Corp
18400 Von Karman Ave.
Suite 1000
Irvine, CA 92612